# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 376 WAL 2018

 Respondent :

 : Petition for Allowance of Appeal from
 : the Order of the Superior Court

 v. :

BEVERLY KAYE STEFFEY, :

 Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 377 WAL 2018

 Respondent :

 : Petition for Allowance of Appeal from
 : the Order of the Superior Court

 v. :

BEVERLY KAYE STEFFEY, :

 Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 378 WAL 2018

 Respondent :

 : Petition for Allowance of Appeal from
 : the Order of the Superior Court

 v. :

BEVERLY KAYE STEFFEY, :

 Petitioner :

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 21st day of February, 2019, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

> Whether, in a case of first impression after and in light of this Court's decision in *Commonwealth v. Veon*, 150 A.3d 435 (Pa.2016), the Superior Court erred in holding that a sentence to pay restitution to a nonprofit corporation may be ordered?